SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
JULIO CRUZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EIGHTH ELEMENT TATTOO LLC; DINUBA WARNER LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 8:24-cv-01292-FWS (JDEx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff JULIO CRUZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: August 20, 2024　　　　　　　**SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff